No. 92-1378. NATIONAL STATES INSURANCE CO. *v.* NASSEN. Sup. Ct. Iowa. Certiorari denied.

No. 92-1379. MICHIGAN ROAD BUILDERS ASSN., INC., ET AL. *v.* DIRECTOR, MICHIGAN DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92-1381. BERNKLAU *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 92-1383. BOGUE *v.* AMPEX CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 92-1386. YOUNGER *v.* YOUNGER. C. A. 11th Cir. Certiorari denied.

No. 92-1388. SULLIVAN *v.* OKLAHOMA TAX COMMISSION. Ct. App. Okla. Certiorari denied.

No. 92-1389. ROBNETT *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92-1393. SHAH *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92-1396. MORRIS INDUSTRIAL BUILDERS, INC. *v.* TOWNSHIP OF SOUTH BRUNSWICK ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92-1397. NEWSOM ET AL. *v.* WASHINGTON, PERSONAL REPRESENTATIVE OF ESTATE OF ELLINGTON. C. A. 6th Cir. Certiorari denied.

No. 92-1399. ERNSTER ET AL. *v.* RALSTON PURINA CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 92-1401. HAWAII *v.* QUINO. Sup. Ct. Haw. Certiorari denied.

No. 92-1407. HOWARD *v.* WOLFF BROADCASTING CO. Sup. Ct. Ala. Certiorari denied.